**Order entered June 17, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01616-CV

## LONE STAR ENGINE INSTALLATION CENTER, INC., ET AL., Appellants

## V.

## BRENDA GONZALES, ET AL., Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-15035**

## ORDER

We **GRANT** appellants' June 15, 2015 fourth motion for an extension of time to file a brief. Appellants shall file a brief by **JUNE 19, 2015**. We caution appellants that no further extension of time will be granted absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
            JUSTICE